IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>GEE-KUNG CHANG | Criminal Action No.<br><br>1:21-CR-00109-AT-JSA-01 |

**Motion to Continue Pretrial Conference**

The United States of America, by Kurt R. Erskine, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, files this Motion to Continue Pretrial Conference. The United States respectfully requests that the pretrial conference be continued until April 20, 2022. In support, the government states:

1. The pretrial conference in this case is currently set for March 8, 2022, and the pretrial motion deadline is currently March 7, 2022. (Doc. 35.)

2. The United States is requesting a continuance of the pretrial conference for the following reasons. First, on December 7, 2021, the United States filed a motion under Classified Information Procedures Act ("CIPA"), 18 U.S.C. § App. 3. The CIPA process is currently ongoing. Ultimately, completion of the CIPA process will be required to determine the overall scope of discovery to be produced in this case.

Second, the United States is still receiving some discovery from a relevant party and would like time to provide these materials to the defense. The United States anticipates that the final discovery production from the relevant party will occur on or about March 8, 2022.

3. The government has conferred with defense counsel on this motion. The defense does not object to the proposed continuance.

4. The ends of justice will be served by granting the continuance, and those ends outweigh the interests of the public and the defendant in a speedy trial, because such a continuance will conserve judicial resources, will allow the parties the time needed to review incoming discovery, and will allow the CIPA process to complete.

WHEREFORE, the United States respectfully requests that the pretrial conference be continued until April 20, 2022.

       Respectfully submitted,

       KURT R. ERSKINE
          *United States Attorney*


       /s/ SAMIR KAUSHAL
          *Assistant United States Attorney*
          Georgia Bar No. 935285
          Samir.Kaushal@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

      Brian Kelly

      Robert Fisher

      Lauren Maynard

      Molly Parmer

      *Counsel for Defendant Gee-Kung Chang*

March 3, 2022

      /s/ SAMIR KAUSHAL

      SAMIR KAUSHAL

      *Assistant United States Attorney*