UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>GEE-KUNG CHANG, ET AL.,<br><br>     Defendants. | Criminal Action<br>No. 1:21-CR-00109-AT-JSA |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND TO CONTINUE PRETRIAL CONFERENCE**

Defendant Gee-Kung Chang, by and through undersigned counsel, respectfully requests that the Court extend the deadline to file pretrial motions by 60 days, from April 15, 2022 to June 14, 2022, and continue the Pretrial Conference currently scheduled for April 20, 2022 at 9:30 a.m. to a date on or after June 20, 2022.

In support of this Motion, Defendant Chang states as follows:

1. Undersigned counsel recently received a voluminous production of discovery from the government.

2. The government's March 18, 2022 production included the thousands of third-party documents that the government referenced during the March 3, 2022 status conference. Additionally, this production included nearly 30,000 documents

1

from Georgia Tech. Undersigned counsel did not anticipate receiving a production volume this large from the purported victim in this case a year after the indictment.

3. Undersigned counsel needs additional time to review the new discovery and determine the appropriateness of filing any pretrial motions.

4. Undersigned counsel has conferred with Assistant United States Attorney Samir Kaushal regarding this motion and the government does not oppose the extension and continuance.

5. Undersigned counsel requests an extension and continuance to allow the reasonable time necessary for effective representation in this matter.

WHEREFORE, Defendant Chang respectfully requests that the Court extend the deadline for filing pretrial motions to June 14, 2022, and continue the Pretrial Conference to a date on or after June 20, 2022.

Respectfully submitted,

Dated: March 23, 2022

/s/ Brian T. Kelly
Brian T. Kelly (admitted *pro hac vice*)
Robert A. Fisher (admitted *pro hac vice*)
Lauren A. Maynard (admitted *pro hac vice*)
NIXON PEABODY LLP
Exchange Place

```
                              53 State Street
                              Boston, MA 02109
                              Tel: 617-345-1000
                              Fax: 617-345-1300
                              bkelly@nixonpeabody.com
                              rfisher@nixonpeabody.com
                              lmaynard@nixonpeabody.com
```

*/s/ Molly Hiland Parmer*
Molly Hiland Parmer (No. 942501)
PARMER LAW
1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
Tel: 404-795-5060
Fax: 404-795-5117
Molly@Parmer.law

*Attorneys for Gee-Kung Chang*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been formatted in Courier New 12 pt., in accordance with Local Rule 5.1, and I have on this day served a true and correct copy of the foregoing pleading upon counsel for the government by electronically posting through the District Court's ECF filing system, addressed as follows:

>Samir Kaushal
>Office of the U.S. Attorney
>Northern District of Georgia
>600 United States Courthouse
>75 Ted Turner Dr., S.W.
>Atlanta, GA 30303
>404-581-6000
>Samir.kaushal@usdoj.gov

Dated: March 23, 2022                    */s/ Molly Hiland Parmer*
                                         Molly Hiland Parmer